UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FELDMANN ENGINEERING & MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> ARDISAM, INC., <br><br> Defendant. | Case No.: 14-cv-727-jdp |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and the Court's Preliminary Pretrial Conference Order (ECF No. 17), Defendant Ardisam, Inc. ("Ardisam" or "Defendant") respectfully moves for summary judgment against Plaintiff Feldmann Engineering & Manufacturing Co., Inc. ("Feldmann" or "Plaintiff"). Ardisam is entitled to summary judgment that certain asserted claims of the '188 patent are invalid as anticipated (35 U.S.C. § 102), that all of the asserted claims of the '188 are invalid as obvious (35 U.S.C. § 103), and that Ardisam does not willfully infringe the patent-in-suit (35 U.S.C. § 284).

The grounds for this Motion are set forth in Ardisam, Inc.'s Memorandum in Support of Defendant's Motion for Summary Judgment, filed herewith. In addition, Ardisam submits herewith the following supporting materials:

- Ardisam, Inc.'s Proposed Findings of Fact in Support of Defendant's Motion for Summary Judgment;

- The Declaration of Truscenialyn Brooks in Support of Defendant's Motion for Summary Judgment, with attached exhibits; and

- The Declaration of Dr. David E. Foster and previously filed accompanying reports (ECF Nos. 29-30).

Accordingly, and as explained in detail in the documents submitted herewith, Ardisam respectfully requests that the Court grant its motion for summary judgment invalidity, and no willful infringement.

DATED: June 12, 2015. **PERKINS COIE LLP**

By: *s/ David E. Jones*
David E. Jones
DEJones@perkinscoie.com
Rodger K. Carreyn
RCarreyn@perksincoie.com
Autumn N. Nero
ANero@perkinscoie.com
Truscenialyn Brooks
TBrooks@perkinscoie.com
Brandon M. Lewis
BLewis@perkinscoie.com

One East Main Street
Suite 201
Madison, WI 53703-5118
Telephone: 608.663.7460
Facsimile: 608.663.7499

*Attorneys for Defendant*
*Ardisam, Inc.*